IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN SHERIDAN HOCHSTETLER,

Plaintiff,

vs.

BRAD C. RISLEY, RN Health Services
Administrator, Individual capacity;

Defendant.

8:24CV254

ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Motion to Dismiss (Filing No. 24). Defendant does not object to the motion. Having considered the matter, the Court will accept the voluntary dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice.

Dated this 7th day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge